**Nos. 25-3726 and 25-4948**

# United States Court of Appeals for the Ninth Circuit

───────

MICHAEL GRECCO PRODUCTIONS, INC.,
Plaintiff–Appellant

*v.*

FANDOM, INC., ET AL.,
Defendant–Appellee

───────

MICHAEL GRECCO PRODUCTIONS, INC.,
Plaintiff–Appellee

*v.*

FANDOM, INC.,
Defendant–Appellant

───────

On Appeal from the U.S. District Court
for the Central District of California
No. 2:24-cv-05963-MWC-BFM

───────

**JOINT STIPULATION TO DISMISS APPEALS WITH PREJUDICE**

───────

DUNCAN FIRM, P.A.
James H. Bartolomei III
809 W. 3rd Street
Little Rock, AR 72201
Tel: (501) 228-7600

PERKOWSKI LEGAL, PC
Peter E. Perkowski
515 S. Flower St. Ste. 1800
Los Angeles, CA 90071
Tel: (213) 340-5796

Attorneys for
MICHAEL GRECCO PRODUCTIONS, INC.

# STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that all claims in the above-entitled appeal actions (Appeal Nos. 25-3726 and 25-4948) be and hereby are dismissed with prejudice pursuant to Federal Rule of Appellate Procedure 42(b)(1). Each party will bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: August 12, 2025                    Respectfully submitted,

/s/ WITH CONSENT OF CIARA MCHALE    /s/ PETER PERKOWSKI

TYZ LAW GROUP PC                    PERKOWSKI LEGAL, PC
Ciara McHale                        Peter E. Perkowski
4 Embarcadero Center, Ste. 1400     515 S. Flower St. Ste. 1800
San Francisco, CA 94111             Los Angeles, CA 90071
Tel: (415) 868-6900                 Tel: (213) 340-5796

Attorneys for *Defendant-Appellee*   Attorneys for *Plaintiff-Appellant*
and *Defendant-Appellant*            and *Plaintiff-Appellee* MICHAEL
FANDOM, INC.                         GRECCO PRODUCTIONS, INC.

IT IS SO ORDERED.

Dated:                              _____
                                    CLERK OF THE COURT